[No. 2023.  Decided February 11, 1897.]

FIRST NATIONAL BANK OF PORT TOWNSEND, *Appellant*, v. THE CITY OF PORT TOWNSEND, *Respondent.*

Appeal from Superior Court, Jefferson County—Hon. R. A. BALLINGER, Judge.  Reversed.

*Morris B. Sachs*, for appellant.

*Trumbull & Trumbull*, for respondent.

*Per Curiam.*—This case involves the identical issues that were presented and determined in the case of the *Bank of British Columbia of Victoria*, just decided, and upon the stipulation of the respective parties filed therein, and, for the reasons given in the opinion of the court in that case, the judgment of the court below is reversed and the cause remanded with directions to overrule the demurrer to the complaint.

---

[No. 2449.  Decided February 13, 1897.]

J. F. RAMAGE, *Respondent*, v. A. J. LITTLEJOHN, *Appellant.*

Appeal from Superior Court, Pierce County.—Hon. W. H. PRITCHARD, Judge.  Appeal dismissed.

*Sharpstein & Blattner*, for appellant.

*Per Curiam.*—This appeal is from a judgment of the superior court of Pierce County entered upon the verdict of a jury.  The record shows that the notice of appeal was served and filed on the 4th day of August, 1896, and that no bond on appeal was served or filed within five days after giving of the notice.  Section 6 of chap. 61, Laws of 1893, p. 122, provides that "An appeal in a civil action or proceeding shall become ineffectual for any purpose unless at or before the time when the notice of appeal is given or served, or within five days thereafter, an appeal bond to the adverse party conditioned  .  .  .  be filed with the clerk of the superior court." Upon the face of the record it appears that we are without jurisdiction to entertain the appeal.

Dismissed.